UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALLARD BLAINE PROPERTIES LLC** | : | **DOCKET NO. 2:23-cv-00423** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SHELTER MUTUAL INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

### NOTICE AND ORDER

Plaintiff **Allard Blaine Properties, LLC** filed a Diversity Jurisdiction Disclosure Statement [doc. 9] into the record. After review of the document, we find that **Allard Blaine Properties, LLC** has failed to adequately allege its citizenship for purposes of diversity jurisdiction under 28 U.S.C. § 1332. For diversity purposes, a limited liability company's citizenship is determined by the citizenship of all its members, with its state of incorporation and principal place of business being irrelevant. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008). Instead of listing the citizenship of all its members, Allard Blaine Properties, LLC listed its state of incorporation and principal place of business. Doc. 9. Accordingly,

**IT IS ORDERED** that, on or before **October 19, 2023**, **Allard Blaine Properties, LLC** is to amend its Diversity Jurisdiction Disclosure Statement [doc. 9] to use the proper method to allege its citizenship, i.e., the citizenship of all its members.

THUS DONE AND SIGNED in Chambers this 17th day of October, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE